1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  SCOTT D. JOINER (CABN 223313)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6824
7       FAX: (415) 436-6753
        Scott.Joiner@usdoj.gov

8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   NO. CR 15-00084 WHA
14                                     )
            Plaintiff,                 )   NOTICE OF DISMISSAL; [PROPOSED] ORDER
15                                     )
       v.                              )
16                                     )
   ANTHONY DOMINIC SEVEN,              )
17                                     )
            Defendant.                 )
18   _____)

19

20         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above indictment without prejudice.

22

23  DATED: October 27, 2015                          Respectfully submitted,

24                                                   BRIAN J. STRETCH
                                                     Acting United States Attorney
25

26

27                                                   DAVID R. CALLAWAY
                                                     Chief, Criminal Division
28

NOTICE OF DISMISSAL
CR 15-00084 WHA

1

**[~~PROPOSED~~] ORDER**

2          Leave is granted to the government to dismiss the indictment.  In light of the dismissal, the Court

3   hereby ORDERS the United States Marshal Service to release the defendant forthwith.  Additionally,

4   pursuant to 18 U.S.C. § 4282, the United States Marshall Service is hereby ORDERED to furnish Mr.

5   Seven with transportation and subsistence to his residence at 6 Canyon Island Drive, Newport Beach,

6   California 92660 after his release.

7          IT IS SO ORDERED.

8

9   DATED: October 28, 2015.                                  _____

10                                                            WILLIAM ALSUP
                                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 15-00084 WHA